**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MUHAMMAD AHMAD ABDALLAH : AL-ANSI, :
:
    Petitioner, :
:
    v. : Civil Action No. 08-1923 (GK)
:
BARACK H. OBAMA, et al., :
:
    Respondents. :

### ORDER

Based upon an on-the-record conference call held on June 9, 2011, with all counsel, the Court grants Petitioner's request for a stay, and it is hereby

**ORDERED**, that the case will be stayed until **September 15, 2011**; and it is further

**ORDERED**, that parties shall file a joint praecipe on **September 15, 2011**, by **5 p.m.**, addressing the status of any writ for certiorari filed in Uthman v. Obama, No. 10-5253 (D.C. Cir. March 29, 2011); and it is further

**ORDERED,** that Petitioner may file a motion containing no more than **seven** pages identifying issues he believes should be considered while the case is stayed; Respondents may file an opposition to any such motion containing no more than **seven** pages; Petitioner may file a reply containing no more than **three** pages.

June 10, 2011

/s/
Gladys Kessler
United States District Judge

Copies to:  Attorneys of Record via ECF